# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Michael E. Pinilla, as Guardian ad Litem for Erick V-P, a minor under the age of 14, and as assignee of parent's claim for medical expenses,<br><br>Plaintiff,<br><br>vs.<br><br>The United States of America,<br><br>Defendant. | Civil Action No.: 3:15-cv-01077-JFA<br><br>**ORDER** |

For reasons stated in open court, the Motion to Dismiss is denied, ECF No. 11. The Court took under advisement the issue of whether to limit/narrow discovery. The Court has decided to not limit discovery. Our standard scheduling order will be filed contemporaneously herewith.

IT IS SO ORDERED.

July 21, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge